Tassie Ree LANGLEY, Plaintiff—Appellant,

v.

TOWN OF SHARPSBURG, NC; M.L. Fellner, Officer; Joel Batchelor, Officer; Billy Pernell, Sharpsburg Police Chief; George Bottoms, Officer, Defendants—Appellees.

No. 04–2448.

United States Court of Appeals, Fourth Circuit.

Submitted April 20, 2005.

Decided April 28, 2005.

Tassie Ree Langley, Appellant pro se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tassie Ree Langley appeals the district court's order granting summary judgment for Defendants in her action under 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Langley v. Pernell,* No. CA–02–269–BO (E.D.N.C. Oct. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*